

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00024-CR

**IN RE** Steven **ROBLES**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Beth Watkins, Justice

Delivered and Filed: February 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On January 12, 2023, relator filed a petition for writ of mandamus.[2] After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for injunctive relief is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 304370, styled *State of Texas v. Steven Robles*, pending in the County Court at Law No. 7, Bexar County, Texas, the Honorable Eugenia "Genie" Wright presiding.
[2] Relator's filing is titled "Interlocutory Injunction for Abuse of Discretion" which we construe as a petition for writ of mandamus.